**Not for Publication in West's Federal Reporter**

# United States Court of Appeals

## For the First Circuit

No. 06-2767

WILLIAM RUPPRECHT,

Plaintiff, Appellant,

v.

CITY OF PITTSFIELD, ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Kenneth P. Neiman, U.S. Magistrate Judge]

Before

Boudin, Chief Judge,
Campbell, Senior Circuit Judge,
and Lynch, Circuit Judge.

William Rupprecht on brief pro se.
Nancy Frankel Pelletier and Robinson Donovan, P.C. on brief
for appellees.

May 31, 2007

**Per Curiam**.  After carefully considering the briefs and record on appeal, we affirm the judgment below. McCord v. Horace Mann Ins. Co., 390 F.3d 138 (1st Cir. 2004)(*de novo* review).

Among other problems, land-use conflicts rarely support constitutional claims. Extreme circumstances are required to support substantive due process or equal protection claims. Exhaustion of state remedies is a prerequisite for procedural due process and Fifth Amendment takings claims. SFW Arecibo, LTD v. Rodriguez, 415 F.3d 135 (1st Cir. 2005).  Appellant made no showing that he satisfied any of these requirements.

Affirmed.  *See* 1st Cir. R. 27.0(c).